[No. 32220-3-III.   Division Three.   April 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS ALBERTO DUENAS BARRETO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-1-50366-1, Cameron Mitchell, J., entered January 30, 2014. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 32253-0-III.   Division Three.   April 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS MICHAEL CLIETT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-01911-5, Michael G. McCarthy, J., entered February 10, 2014. *Remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, J., and Clarke, J. Pro Tem.

[Nos. 32560-1-III; 32456-7-III.   Division Three.   April 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS GLENN ALLEMAND, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SERENA FORD, *Appellant*.

Appeals from a judgment of the Superior Court for Kittitas County, No. 13-1-00103-8, Scott R. Sparks, J., entered April 25, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.